# Court of Appeals
# of the State of Georgia

ATLANTA,  October 04, 2019

*The Court of Appeals hereby passes the following order:*

## A20D0082.  NEVA T. MCDONALD v. TRACI RINEY.

Neva T. McDonald filed an action against Traci Riney, the court reporter in her divorce case, seeking to enjoin Riney from destroying audio recordings of the divorce proceedings.  The trial court denied relief.  McDonald filed a motion for a new trial, and Riney filed motion for attorney fees under OCGA § 9-15-14.  On August 12, 2019, the trial court denied the motion for new trial and granted Riney's motion for attorney fees. McDonald filed this application for discretionary review on September 12, 2019.  We, however, lack jurisdiction.

A discretionary application must be filed within 30 days of entry of the judgment sought to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989); see *In the Interest of B. R. F.*, 338 Ga. App. 762, 762 (791 SE2d 859) (2016) (filing deadline for discretionary applications "is jurisdictional, and this court is unable to accept an untimely application").  Because McDonald filed this application

31 days after entry of the judgment she seeks to appeal, it is untimely, and we lack jurisdiction to consider it. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__10/04/2019_____*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*